

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SAAB SITE CONTRACTORS, L.P., | § | No. 08-13-00062-CV |
| Appellant, | § | Appeal from the |
| V. | § | 120th District Court |
| WELLS FARGO BANK, N.A., ASSIGNEE OF U-BROTHERS RENT, LTD., | § § | of El Paso County, Texas (TC# 2011-999) |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's unopposed motion to dismiss its appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the parties have resolved the dispute between them. The motion is granted and the appeal is hereby dismissed. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

September 3, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)